THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAN XING GUO, Appellant.

Submitted September 7, 2004; decided September 14, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).